DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID WAYNE TALLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-669

[April 12, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562001CF1257A.

David Wayne Talley, Bushnell, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***